**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6229**

_____

SAMUEL ALANDO WALKER,

                              Petitioner - Appellant,

        versus

EARNEST R. SUTTON,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Fox, Senior District Judge. (CA-01-277-5-FO)

_____

Submitted:  May 16, 2002               Decided:  May 23, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Samuel Alando Walker, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Samuel Alando Walker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court concluding that Walker's claims that the State withheld evidence of a psychiatric evaluation and destroyed potentially exculpatory evidence were procedurally barred and his remaining claims without merit. See Walker v. Sutton, No. CA-01-277-5-FO (E.D.N.C. Jan. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED